IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tammy Hampton, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-15740 |
| | ) | |
| v. | ) | Hon. Georgia N. Alexakis |
| | ) | |
| Skratch Labs, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MOTION TO DISMISS

Defendant, Skratch Labs, LLC ("Defendant" or "Skratch Labs"), by and through its attorneys, Clark Hill PLC, respectfully submits this Motion to Dismiss Plaintiff's Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1). This Motion is more fully supported by the Memorandum in Support of this Motion filed concurrently herewith. Counsels for the parties have conferred and propose the agreed briefing schedule below.

WHEREFORE, Defendant Skratch Labs, LLC respectfully requests that this Honorable Court grant its Motion and enter an Order dismissing Plaintiff's claims.

CLARKHILL\M6118\1018735\286868257.v1-3/9/26

Date: March 9, 2026                         Respectfully submitted,

                                            *Defendant, Skratch Labs, LLC*


                                            */s/ Veronica L. Vecchio*
                                            By: One of its Attorneys



Veronica L. Vecchio (Bar No. 6283639)
CLARK HILL PLC
2595 Canyon Blvd, Suite 400
Boulder, CO  80302
(303) 301-2923
vvecchio@clarkhill.com

Abigail Block (Bar No. 6348740)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, IL  60601
(312) 985-5900
ablock@clarkhill.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tammy Hampton, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-15740 |
| | ) | |
| v. | ) | Hon. Georgia N. Alexakis |
| | ) | |
| Skratch Labs, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

Counsel for Defendant, Skratch Labs, LLC, and counsel for Plaintiff, Tammy Hampton, have conferred and agreed that the briefing schedule for this opposed Motion will be:

Plaintiff shall have 21 days to respond to Defendant's Motion to Dismiss; and

Defendant shall have 14 days thereafter to reply.

CLARKHILL\M6118\1018735\286868257.v1-3/9/26

Date: March 9, 2026

Respectfully submitted,

*Defendant, Skratch Labs, LLC*

/s/ Veronica L. Vecchio
By: One of its Attorneys

Veronica L. Vecchio (Bar No. 6283639)
CLARK HILL PLC
2595 Canyon Blvd, Suite 400
Boulder, CO  80302
(303) 301-2923
vvecchio@clarkhill.com

Abigail Block (Bar No. 6348740)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, IL  60601
(312) 985-5900
ablock@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which provided electronic service upon all parties of record.

/s/ Veronica L. Vecchio

CLARKHILL\M6118\1018735\286868257.v1-3/9/26