**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Tammy Hampton

              Plaintiff,

v.

Skratch Labs, LLC

              Defendant.

Case No.: 1:25–cv–15740
Honorable Georgia N. Alexakis

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 3/31/2026. The pending motion to dismiss [15] is denied as moot in light of the amended complaint. Plaintiff is to file a redlined comparison of the amended complaint to the original complaint by 4/1/2026. Defendant is to answer or file a renewed motion to dismiss by 4/21/2026. If a motion to dismiss is filed, the parties are to submit a proposed briefing schedule, and defendant is to file a motion to stay discovery. If an answer is filed, the case will be referred to the Magistrate Judge for discovery supervision. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.